UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

```
===============================
DENNIS J. QUINTAL, SR.

   -against-

ROBERT MURPHY
DUANE J. MACEACHERN
DAVID LENARD
===============================
```

## MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES the plaintiff, Dennis J. Quintal, Sr. with his motion for the appointment of counsel in the matter at bar.

The plaintiff relies on his affidavit in support of this motion for a reasonable explanation as to why this appointment is recommended and should be allowed by this Honorable Court.

DATED March 4, 2004

Dennis J. Quintal, Sr.
30 Administration Rd.
Bridgewater, Massachusetts
02324-3230