UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

```
======================
DENNIS J. QUINTAL, SR.

   -against-

ROBERT MURPHY
DUANE J. MACEACHERN
DAVID LENARD
======================
```

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
## MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES the plaintiff, Dennis J. Quintal, Sr. with his affidavit in support of his motion for the appointment of counsel and states as follows;

As states previously in the request for relief, this matter raises several brand new questions of Constitutional Law, and the Rights of individuals to worship freely providing said worship does not interfere with the governmental security of the prison facility. The items disclosed in the facts at pg.2 sec.1-3 do not in any way cause a significant security risk in the plaintiff's eye's.

Lastly, the RFRA pursuant to 42 USC §2000bb significantly changed the laws regarding religion and religious freedom, both for free citizens as well as prisoners.

The plaintiff asks that this COurt appoint him counsel for the forgoing reasons.

### CERTIFICATE of SERVICE

I, Dennis J. Quintal, Sr. do hereby state that I have caused a copy of the enclosed to be served on each of the parties named in the heading of the matter before this Honorable Court. I have done this by Institutional Mail as allowed and provided for by the office of the Superintendent of this facility. DATED March 4, 2004

Dennis J. Quintal, Sr.