UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10529-PBS

Dennis J. Quintal, Sr.
Plaintiff

v.

Robert Murphy, et al
Defendant

ORDER OF DISMISSAL

SARIS, D.J.

    For failure to comply with this Court's Memorandum and Order dated March 23, 2004 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

September 16, 2004

To: All Counsel